UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CISA A MACK (A/K/A CISA MACK-BRACEY),　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
-against-　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
JPMORGAN CHASE & CO. (Individually and as　:
Parent Employer Corporation, hereinafter "CHASE　:
& CO"), et al.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

12 Civ. 8181 (DAB) (KNF)

**NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

　　　**PLEASE TAKE NOTICE** that upon the attached Defendant's Rule 56.1 Statement

(Statement of Material Facts) dated October 14, 2014 pursuant to Rule 56.1 of the Local Rules of

the Southern and Eastern Districts of New York, the attached Declaration of Elena D. Marcuss

and all accompanying exhibits, the attached Declaration of Jose Jimenez and all accompanying

exhibits, the attached Declaration of Augustin Velasco and all accompanying exhibits, the

accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment

dated October 14, 2014, and on all prior pleadings and proceedings in this case, Defendant

JPMorgan Chase Bank, N.A., will move the Court, at the Daniel Patrick Moynihan United States

Courthouse for the Southern District of New York, 500 Pearl St. New York, New York 10007,

on the 14th day of October, 2014, or as soon thereafter as Counsel can be heard, for an Order

pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1 granting Defendant's motion for summary

judgment and for such other, further or different relief as the Court deems just and proper.

　　　**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order entered by the Court

dated August, 28, 2014, Plaintiff shall serve and file her opposition papers by no later than

November, 28, 2014.  Defendant shall serve and file its reply papers by no later than December

8, 2014.

Dated: October 14, 2014
      New York, New York

**McGUIREWOODS LLP**

By:  /s/ Philip A. Goldstein
      Philip A. Goldstein
      Michael J. DiMattia
      1345 Avenue of the Americas, 7th Floor
      New York, New York 10105-0106
      Tele:  212.548.2100
      Facsimile: 212.548.2150
      *pagoldstein@mcguirewoods.com*
      *mdimattia@mcguirewoods.com*

      Elena D. Marcuss (admitted *pro hac vice*)
      Adam T. Simons
      7 Saint Paul Street, Suite 1000
      Baltimore, MD 21202
      Tele: 410.659.4400
      Facsimile:  410.659.4599
      *emarcuss@mcguirewoods.com*

      *Counsel for Defendants*

60894892_1